**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

MONTEREY COUNTY BANK,

  Plaintiff,

vs.

BANCINSURE, INC.,

  Defendant.

Case No.: 11-CV 6171-YGR

**CASE MANAGEMENT AND PRETRIAL ORDER**

**TO ALL PARTIES AND COUNSEL OF RECORD:**

Based upon the dates previously set in this matter, the Court hereby re-sets the following trial and pretrial dates:

**PRETRIAL SCHEDULE**

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, April 15, 2013, at 2:00 p.m. |
| REFERRED TO ADR for Mandatory Settlement Conference Before a Magistrate Judge to occur by | April 5, 2013 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | June 1, 2012 |
| NON-EXPERT DISCOVERY CUTOFF: | January 15, 2013 |
| DISCLOSURE OF EXPERTS (Retained/Non-Retained): | Opening: January 15, 2013<br>Rebuttal: February 15, 2013 |
| EXPERT DISCOVERY CUTOFF: | March 12, 2013 |
| DISPOSITIVE MOTIONS[1] To Be Heard By: | May 28, 2013 |
| JOINT PRETRIAL CONFERENCE STATEMENT: | June 7, 2013 |
| PRETRIAL CONFERENCE: | Friday, June 21, 2013, at 9:00 a.m. |
| TRIAL DATE: | Monday, July 8, 2013 at 8:30 a.m.<br>(Jury Trial) |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

1  TRIAL LENGTH:                                                              _5_ days

2  The parties must comply with both the Court's Standing Order in Civil Cases and Standing
3  Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures.  All Standing
4  Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

5  **IT IS SO ORDERED.**

6  Dated :March 30, 2012

  _____
  **YVONNE GONZALEZ ROGERS**
  **UNITED STATES DISTRICT COURT JUDGE**