**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MONTEREY COUNTY BANK,<br><br>      Plaintiff,<br><br>vs.<br><br>BANCINSURE, INC.,<br><br>      Defendant. | Case No.: 11-CV 6171-YGR<br><br>**CASE MANAGEMENT AND PRETRIAL ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

Based upon the dates previously set in this matter, the Court hereby re-sets the following trial and pretrial dates:

**PRETRIAL SCHEDULE**

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, April 15, 2013, at 2:00 p.m. |
| REFERRED TO ADR for Mandatory Settlement Conference Before a Magistrate Judge to occur by | April 5, 2013 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | June 1, 2012 |
| NON-EXPERT DISCOVERY CUTOFF: | January 15, 2013 |
| DISCLOSURE OF EXPERTS (Retained/Non-Retained): | Opening: January 15, 2013<br>Rebuttal: February 15, 2013 |
| EXPERT DISCOVERY CUTOFF: | March 12, 2013 |
| DISPOSITIVE MOTIONS[1] To Be Heard By: | May 28, 2013 |
| JOINT PRETRIAL CONFERENCE STATEMENT: | June 7, 2013 |
| PRETRIAL CONFERENCE: | Friday, June 21, 2013, at 9:00 a.m. |
| TRIAL DATE: | Monday, July 8, 2013 at 8:30 a.m.<br>(Jury Trial) |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

TRIAL LENGTH:                                                                  _5_ days

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures.  All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated :March 30, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**