UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MONTEREY COUNTY BANK,

    Plaintiff,

  vs.

BANCINSURE, INC.,

    Defendant.

Case No.: 11-CV 6171-YGR

**ORDER TO EXTEND DATES FOR DISCOVERY CUTOFF, EXPERT DISCLOSURES, AND EXPERT DISCOVERY CUTOFF**

Based the parties' stipulation (Dkt. No. 26), the Court orders as follows:

On or before March 1, 2013, Plaintiff shall advise counsel for Defendant whether or not Plaintiff will be disclosing any expert(s) in this matter.

| | |
|---|---|
| NON-EXPERT DISCOVERY CUTOFF: | March 1, 2013 |
| DISCLOSURE OF EXPERTS (Retained/Non-Retained): | Opening: March 15, 2013 |
| | Rebuttal: April 15, 2013 |
| EXPERT DISCOVERY CUTOFF: | May 15, 2013 |

***The parties are advised that they will not be relieved of any other pre-trial deadlines.*** All other trial and pretrial dates in this matter remain the same, including the dispositive motion hearing deadline of May 28, 2013, and the trial date of July 8, 2013.  *See* Case Management and Pretrial Order, Dkt No. 24.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures.  All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

This Order terminates Dkt. No. 26.

**IT IS SO ORDERED.**

Dated: January 8, 2013

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE