**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MONTEREY COUNTY BANK,<br><br>    Plaintiff,<br><br>    vs.<br><br>BANCINSURE, INC.,<br><br>    Defendant. | Case No.: 11-CV 6171-YGR<br><br>**ORDER SETTING SUMMARY JUDGMENT PRE-FILING CONFERENCE** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

In conformity with Section 9 of this Court's Standing Order in Civil Cases, Defendant BankInsure, Inc. ("Defendant") submitted its Request for Pre-Filing Conference on March 5, 2013. (Dkt. No. 28.) The Court's Standing Order states at Section 9(a): "Within three (3) business days after receipt of the [moving party's] letter, any adversary wishing to oppose the motion must file a written response addressing the substance of the moving party's letter, with a copy to Chambers and the moving party.  This response shall also be limited to three single-spaced pages, *including* any attached exhibits or supporting papers." Plaintiff has thus far failed to respond to Defendant's letter.

The Court **SETS** a pre-filing conference on Friday, March 15, 2013, at 2:00 p.m. in Courtroom 5, U.S. District Courthouse, 1301 Clay Street, Oakland.

Plaintiff is **ORDERED** to file its response to Defendant's letter no later than noon on Thursday, March 14, 2013.

**IT IS SO ORDERED.**

Dated: March 12, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**