UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTEREY COUNTY BANK, | No. C 11-06171 YGR (LB) |
| Plaintiff(s), | |
| v. | **ORDER REGARDING SETTLEMENT CONFERENCE** |
| BANCINSURE, INC., | |
| Defendant(s). | |
| _____/ | |

The parties have a settlement conference set for March 27, 2013. To clarify the parties' current positions on money, the court directs Monterey County Bank to provide an updated demand to BancInsure no later than Monday, March 25, 2013, at 4 p.m. BancInsure must respond no later than Tuesday, March 26, 2013, at 4 p.m. and should email a copy of the demand and response at the same time to the court's orders box at lbpo@cand.uscourts.gov.

**IT IS SO ORDERED.**

Dated: March 23, 2013

_____
LAUREL BEELER
United States Magistrate Judge

ORDER RE SETTLEMENT CONFERENCE
C 11-06171 YGR (LB)