# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MONTEREY COUNTY BANK,**<br>    **Plaintiff,**<br>    vs.<br>**BANCINSURE, INC.,**<br>    **Defendant.** | Case No.: 11-CV 6171-YGR<br><br>**ORDER OF DISMISSAL** |

Pursuant to the Stipulation of Dismissal filed May 1, 2013 (Dkt. No. 37), this action is **DISMISSED WITH PREJUDICE.** The parties shall bear their respective costs, including any possible attorney fees or other expenses of litigation.

**IT IS SO ORDERED.**

Dated: May 2, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**